UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QUEEN LATIFAH, INC.                              :

                Plaintiff,           :    08 Civ.

    - against -                                   :    RULE 7.1 STATEMENT

PERFECT CHRISTMAS PRODUCTIONS,
LLC.                                             :

                Defendants.
------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **Queen Latifah, Inc.** (a private, non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

                                   **NONE**


Dated:    New York, New York
           June 17, 2008

                                        EISENBERG TANCHUM & LEVY
                                        Attorneys for Plaintiff

                                        Stewart L. Levy (SL 2892)
                                        675 Third Avenue, Suite 2900
                                        New York, NY 10017
                                        (212) 599-0777
                                        SLevy@etllaw.com