UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: EISENBERG, TANCHUM & LEVY

QUEEN LATIFAH, INC.

Plaintiff(s)

- against -

Index # 08 CV 5506 SPRIZZO

PERFECT CHRISTMAS PRODUCTIONS, LLC

Purchased June 18, 2008

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF California : COUNTY OF Los Angeles ss:

Brian Fecher BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT

That on July 7, 2008 at 11:15 AM at

C/O BLOOM HERGOTT DIEMER ROSENTHAL AND LAVIOLETTE
150 S. RODEO DRIVE
3RD FLOOR
BEVERLY HILLS, CA 90212

deponent served the within SUMMONS AND COMPLAINT on PERFECT CHRISTMAS PRODUCTIONS, LLC therein named.

BY LEAVING A TRUE COPY WITH "JOHN DOE", BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 40 | 6' | 180 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:
Notary: See Attached
MC

Server:

Invoice #: 464649

#1422021 (08CV5506)
Perfect Christmas Production

## ACKNOWLEDGMENT

State of California
County of Los Angeles )

On July 9, 2008 before me, Marcie L. Colley
(insert name and title of the officer)

personally appeared Brian Fecher,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MARCIE L. COLLEY
Commission # 1577671
Notary Public — California
Los Angeles County
My Comm. Expires May 10, 2009

Signature Marcie L. Colley    (Seal)